# United States District Court
## Eastern District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>KEVIN PATTERSON<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number:     1:01-CR-26-001<br><br>Rita LaLumia<br>Defendant's Attorney |

**THE DEFENDANT:**
[✓]     admitted guilt to violation of condition(s) _ of the term of supervision.
[ ]     was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violation(s);

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

     The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]     The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

     IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

11/13/2008
Date of Imposition of Sentence

/s/
Signature of Judicial Officer

CURTIS L. COLLIER, Chief United States District Judge
Name & Title of Judicial Officer

_____
Date

CASE NUMBER: 1:01-CR-26-001
DEFENDANT: KEVIN PATTERSON

## ADDITIONAL VIOLATIONS

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| I | Using illegal substance, possession of an illegal substance. | 9/25/06, 7/18/07, 8/20/07<br>8/29/07, 9/17/07, 10/16/07<br>10/30/07, 11/5/07, 11/16/07<br>12/24/07, 1/9/08, 1/15/08<br>2/19/08, 4/8/08, 4/23/08, 4/28/08<br>5/8/08, 9/17/08, 9/30/08 |

DEFENDANT:        KEVIN PATTERSON
CASE NUMBER:   1:01-CR-26-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 9 months .

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
   [ ] at ___ [] a.m.   [] p.m.   on ___.
   [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before 2 p.m. on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

   Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL